IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| RAYMOND DAKIM HARRIS JOINER, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) 1:20CV749 |
| | ) |
| J. SAPPER, | ) |
| | ) |
| Respondent. | ) |

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) [Doc. # 3] and, on August 31, 2020, was served on the parties in this action [see Doc. # 4]. Plaintiff filed Objections to the Magistrate Judge's Recommendation within the time limits prescribed by 28 U.S.C. § 636. [Doc. # 5].

The Court has appropriately reviewed the portions of the Magistrate Judge's Recommendation to which objection is made and has made a de novo determination in accord with the Magistrate Judge's report. The Court therefore adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that the Petition [Doc. # 2] is dismissed. A Judgment dismissing this action will be entered contemporaneously with this Order.

Finding neither a substantial issue for appeal concerning the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, a certificate of appealability is denied.

This the 17th day of September, 2020.

<u>/s/ N. Carlton Tilley, Jr.</u>
Senior United States District Judge